UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

      **Plaintiff,**

v.                                                   Case No: 6:22-cr-109-CEM-DCI

**CHRISTOPHER DEWAYNE WILKINS, JR.**

      **Defendant.**

_____/

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court on the United States' Motion for Final Judgment of Forfeiture (Doc. 299) pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2) for the **Palmetto State Armory, Model PA-15 5.56 Caliber Rifle, Serial Number SCD807694**.

On February 15, 2023, the Court entered a Preliminary Order of Forfeiture (Doc. 216) for the above listed property pursuant to 21 U.S.C. § 853.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published a proof of publication (Doc. 255) indicating its intent to dispose of the above listed property on the official government website, www.forfeiture.gov, from February 17, 2023 through March 18, 2023. The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, Middle District of Florida, 401

W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120, a petition to adjudicate their interests within sixty days of the first date of publication. No third party is known by the United States to have an interest in the asset. No third party has filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

Accordingly, it is hereby:

**ORDERED**, **ADJUDGED**, and **DECREED** that for good cause shown, the Motion (Doc. 299) is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the asset is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the asset is now vested in the United States.

**DONE** and **ORDERED** in Orlando, Florida on July 27, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties